JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INSURANCE COMPANY OF THE ) <br> STATE OF PENNSYLVANIA, and DOES 1- ) <br> 100 , Inclusive ) <br> ) <br> Defendants. <br> _____ | CASE NO. 2:12-CV-4947-SVW-AJW <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.  The Court further VACATES the pretrial conference set for January 14, 2013 and the Bench Trial set for January 22, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 26, 2012

_____
THE HON. STEPHEN V. WILSON
United States District Judge